

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2015

No. 04-14-00805-CV

**IN THE INT OF MC, MC, MC, MC, AND MC**, Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02868
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellants' parental rights. Accordingly, the disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration which requires this appeal to be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2.

The notice of appeal was filed in this appeal on November 19, 2014. Confusion and delays in the filing of the reporter's record extended the deadline for the filing of the appellants' briefs to March 9, 2015. The brief for the father was filed on March 9, 2015, and the brief for the mother was filed on March 12, 2015. The State's brief in response to the father's brief was filed on March 25, 2015. The State's brief in response to the mother's brief is due to be filed by April 1, 2015.

On March 27, 2015, the State filed a motion for extension of time to file the State's brief in response to the mother's brief. The motion requests a twenty-day extension to April 21, 2015. Given the prior delays and the requirement that this appeal be brought to final disposition by May 19, 2015, the motion is GRANTED IN PART. The State's brief in response to the mother's brief must be filed **no later than April 13, 2015**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court